1  **ESTEBAN-TRINIDAD LAW, P.C.**
   M. LANI ESTEBAN-TRINIDAD
2  Nevada Bar No. 006967
   4315 N. Rancho Drive, Ste. 110
3  Las Vegas, Nevada  89130
   Telephone: (702) 736-5297
4  Fax: (702) 736-5299

5  Attorney for Plaintiff,
   KARIN ANDERSON

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARIN ANDERSON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ALLEGIANT AIR, LLC; a Nevada Liability Company; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.  2:15-CV-00956-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff KARIN ANDERSON (hereinafter "Plaintiff") and ALLEGIANT AIR, LLC (hereinafter "Defendant"), by and through their respective counsels of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss, up to and including July 17, 2015.

This extension is necessary to provide adequate time for Plaintiff to receive and review necessary information in order to respond to Defendant's Motion to Dismiss.  This is the first request for an extension of time to respond to Defendant's Motion to Dismiss.

/ / /

/ / /

1.

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: June 22nd, 2015

Respectfully submitted,

ESTEBAN-TRINIDAD LAW, P.C.

/s/ M. Lani Esteban-Trinidad
M. LANI ESTEBAN-TRINIDAD, ESQ.
4315 N. Rancho Drive, Ste. 110
Las Vegas, Nevada 89130
Telephone: (702) 736-5297
Fax: (702) 736-5299

Attorney for Plaintiff,
KARIN ANDERSON

Dated: June 22nd, 2015

Respectfully submitted,

JACKSON LEWIS, P.C.

/s/ Veronica Arechederra Hall
VERONICA ARECHEDERRA HALL, ESQ.
AMY L. BAKER, ESQ.
3800 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 921-2460
Fax: (702) 921-2461

Attorneys for Defendants,
ALLEGIANT AIR, LLC

**ORDER**

       **IT IS SO ORDERED.**

       Dated: __June 22_____, 2015.

       _____
       UNITED STATES DISTRICT JUDGE