Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorney for Defendant Allegiant Air, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARIN ANDERSON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ALLEGIANT AIR, LLC, a Nevada Limited Liability Company; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive, <br><br> Defendants. | Case No. 2:15-cv-00956-APG-NJK <br><br> Order granting <br> **REQUEST FOR LEAVE TO WITHDRAW ATTORNEY AMY L. BAKER** |

Defendant Allegiant Air, LLC (hereinafter "Allegiant" or "Defendant") by and through its counsel Jackson Lewis P.C., hereby requests leave of Court to remove attorney Amy L. Baker as counsel of record from the above captioned case and the Court's docket. Ms. Baker is no longer an employee of Jackson Lewis P.C. and her withdrawal will not cause any delay in the action. Veronica Arechederra Hall will remain lead counsel of record for Defendant.

Dated: September 15, 2015.

JACKSON LEWIS P.C.

_____
Veronica Arechederra Hall, Bar # 5855
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
*Attorney for Defendant*

IT IS SO ORDERED.
Dated: Sept. 15, 2015

_____
United States Magistrate Judge