UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KARIN ANDERSON, | Case No. 2:15-cv-00956-APG-NJK |
| Plaintiff, | ORDER |
| v. | (Rqst. Exception ENE – Dkt. #18) |
| ALLEGIANT AIR, LLC, | |
| Defendant. | |

Before the court is Defendant's Request for Exception to Attendance at Early Neutral Evaluation (Dkt. #18) filed August 24, 2015.  Defendant requests that Defendant's insurance carrier be excused from attending the ENE in this matter on October 7, 2015, at 9:30 a.m.  The Defendant is not only insured with Travelers, but also has a substantial self- insured retention.  The settlement value of this case is well within the amount of the Defendant's self-insured retention.  As such, the insurance representative's absence for Travelers will not adversely affect the ENE.

Having reviewed and considered the matter,

**IT IS ORDERED** that the Request for Exception to Attendance at Early Neutral Evaluation (Dkt. #18) is **GRANTED to the extent the carrier representative need not personally appear but shall remain telephonically available for the duration of the ENE.**

DATED this 21st day of September, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1