Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorney for Defendant Allegiant Air, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARIN ANDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, LLC, a Nevada Limited Liability Company; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendant. | Case No. 2:15-cv-00956-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff KARIN ANDERSON and ALLEGIANT AIR, LLC ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

JACKSON LEWIS P.C.
LAS VEGAS

Further, this Court shall retain jurisdiction over any disputes arising out of the court-facilitated resolution of this matter.

Dated this 29 day of October, 2015.

JACKSON LEWIS P.C.

Veronica Arechederra Hall, Bar # 5855
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
*Attorney for Defendant*

ESTEBAN-TRINIDAD LAW, P.C.

M. Lani Esteban-Trinidad, Bar #6967
Esteban-Trinidad Law, P.C.
4315 N. Rancho Drive, Suite 110
Las Vegas, Nevada 89130
*Attorney for Plaintiff*  10/29/15

**ORDER**

IT IS SO ORDERED.

Dated: October 29, 2015.

_____
UNITED STATES DISTRICT JUDGE

4836-4980-5865, v. 1